# UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT

August 10, 2009

E R R A T A

Appeal No.  2008-5034

WEEKS MARINE V US

Decided:  August 10, 2009

Precedential Opinion

Please make the following change:

On page 15, line 19, the word "an" immediately after "contemplates" should be deleted.